IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALAN DESSO TAYLOR, II,
Plaintiff,

v.

Case No. 19–CV–00397–JPG

JOHN KONEMAN,
MASSAC COUNTY,
TED HOLDER,
CHAD KAYLOR,
JOHN DOE 1,
JOHN DOE 2,
JOHN DOE 3, and
JOHN DOE 4,
Defendants.

## ORDER

Before the Court is Plaintiff Alan Desso Taylor, II's "Notice to Court," filed November 22, 2019. (ECF No. 22).

In October, the Court dismissed the complaint and granted Plaintiff leave to file an amended complaint by November 22. (ECF No. 21). Plaintiff now advises the Court that he will not file an amended complaint and acknowledges "that his claims will be dismissed with prejudice." (ECF No. 22).

Federal Rule of Civil Procedure 41(a)(2) authorizes district courts to dismiss an action at a plaintiff's request "on terms that the court considers proper." Accordingly, the Court **DISMISSES** this action **WITH PREJUDICE** and **DIRECTS** the Clerk of Court to enter judgment.

**IT IS SO ORDERED.**

**Dated: Monday, December 9, 2019**

                                                **s/J. Phil Gilbert**
                                                **J. PHIL GILBERT**
                                                **UNITED STATES DISTRICT JUDGE**