IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALAN DESSO TAYLOR, II, <br> Plaintiff, <br><br> v. <br><br> PATRICK MCKAY, <br> JOHN KONEMAN, <br> MASSAC COUNTY, <br> TED HOLDER, <br> CHAD KAYLOR, <br> JOHN DOE 1, <br> JOHN DOE 2, <br> JOHN DOE 3, and <br> JOHN DOE 4, <br> Defendants. | Case No. 19–CV–00397–JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, ,and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff **ALAN DESSO TAYLOR, II**'s claims against Defendants **PATRICK MCKAY**, **JOHN KONEMAN**, **MASSAC COUNTY**, **TED HOLDER**, **CHAD KAYLOR**, **JOHN DOE 1**, **JOHN DOE 2**, **JOHN DOE 4**, and **JOHN DOE 4** are **DISMISSED WITH PREJUDICE**.

**Dated: December 10, 2019**　　　　　**MARGARET M. ROBERTIE, Clerk of Court**

　　　　　　　　　　　　　　　　　　**s/ Tina Gray, Deputy Clerk**

Approved by: s/ J. Phil Gilbert
　　　　　　United States District Judge